8528. JACOBS' PHARMACY COMPANY *v.* GEORGIA LAUNDRY COMPANY.

GEORGE, J. There was no error in overruling the oral demurrer to the petition, nor in the admission of evidence. The evidence authorized the verdict, and the judge of the superior court did not err in overruling the petition for certiorari.

      *Judgment affirmed. Wade, C. J., and Luke, J., concur.*
        DECIDED JUNE 14, 1917.

Certiorari; from Fulton superior court—Judge Ellis. January 10, 1916.

*Morris Macks, Belfor & Koplin,* for plaintiff in error.
*Holbrook & Corbett,* contra.